Wilcox v. Merrill, Appellant.   Long v. Ireland, Appellant.   Leskanitz v. Maiden, Appellant.

*Appeals—Appeals for delay—Failure to prosecute—Act of May 19, 1897.*
Where an appeal is non prossed and it is made to appear to the court that no action was taken by the appellant after the appeal was taken out, and that no paper-book was served upon the appellee, the court will impose the penalty provided by the Act of May 19, 1897, P. L. 67.

Appeals from C. P. Crawford County, C. P. No. 2, Allegheny County and C. P. No. 1, Allegheny County.

Rules to show cause why penalties provided by the Act of May 19, 1897, P. L. 67, should not be imposed.

From the records in the three cases it appeared that the appellants took no steps to prosecute the appeals after they were taken out and neglected to serve paper-books on the appellees. In each case the petition for the rule averred that the appeals were taken for delay. In two of the cases no answers were filed.

PER CURIAM, May 19, 1904:

Now May 19, 1904, the rule to show cause granted April 11, 1904, is made absolute, and in accordance with the provisions of section 21 of the Act of May 19, 1897, P. L. 67, the court awards an additional attorney fee of $25.00 and damages at the rate of six per centum in addition to legal interest.